```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 22163
    EARNEST L MURDOCK
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-7403


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/27/2007 and was confirmed 01/31/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 05/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CITICORP TRUST BANK       CURRENT MORTG          .00          .00            .00
CITICORP TRUST BANK       MORTGAGE ARRE      8300.78          .00            .00
AMERICREDIT FINANCIAL SV  SECURED NOT I     8218.68          .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED         NOT FILED         .00            .00
GMAC                      UNSECURED         20369.72          .00            .00
GMAC                      SECURED VEHIC          .00          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          1377.51           .00            .00
AMERICAN EXPRESS          UNSECURED         NOT FILED         .00            .00
AMERICAN EXPRESS          UNSECURED         NOT FILED         .00            .00
SEARS ROEBUCK & CO        UNSECURED         NOT FILED         .00            .00
CITY OF CHICAGO PARKING   UNSECURED          320.00           .00            .00
CITY OF PALOS HILLS       UNSECURED         NOT FILED         .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED         3512.18           .00            .00
H&F LAW                   NOTICE ONLY       NOT FILED         .00            .00
HSBC                      UNSECURED         NOT FILED         .00            .00
VILLAGE OF FOREST PARK    UNSECURED          125.00           .00            .00
US EMPLOYEES CREDIT UNIO  UNSECURED         NOT FILED         .00            .00
VILLAGE OF FOREST PARK    UNSECURED         NOT FILED         .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED         2496.87           .00            .00
WELLS FARGO FINANCIAL     UNSECURED         NOT FILED         .00            .00
WF FIN BAN                UNSECURED         NOT FILED         .00            .00
GENERAL MOTORS ACCEPTANC  NOTICE ONLY       NOT FILED         .00            .00
GMAC                      SECURED VEHIC          .00          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED           52.43           .00            .00
KATHY MURDOCK             NOTICE ONLY       NOT FILED         .00            .00
SCARLET MURDOCK           NOTICE ONLY       NOT FILED         .00            .00
JOHN C DENT               DEBTOR ATTY       3,185.00                       414.00
TOM VAUGHN                TRUSTEE                                           36.00
DEBTOR REFUND             REFUND                                           150.00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22163 EARNEST L MURDOCK

```
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       600.00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                           414.00
TRUSTEE COMPENSATION                                      36.00
DEBTOR REFUND                                            150.00
                          ---------------       ---------------
TOTALS                        600.00                     600.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE